NO









NO. 12-04-00130-CR

 

                 IN
THE COURT OF APPEALS

 

      TWELFTH COURT OF
APPEALS DISTRICT

 

                           TYLER, TEXAS

 

 

CRISTY JEAN RODGERS,                            '     APPEAL FROM THE
241ST

APPELLANT

 

V.                                                                         '     JUDICIAL DISTRICT
COURT OF

 

THE
STATE OF TEXAS,

APPELLEE                                                       '     SMITH COUNTY,
TEXAS

 





                                                     MEMORANDUM
OPINION

                                                                 PER
CURIAM

Appellant pleaded guilty to the offense of aggravated
assault, and the trial court assessed punishment at imprisonment for four
years.  We have received the trial court=s certification showing that this is a plea-bargain case and
Appellant has no right to appeal.  See
Tex. R. App. P. 25.2(c)(3)(B).  Accordingly,
the appeal is dismissed for want of jurisdiction.

Opinion
delivered May 5, 2004.

Panel
consisted of Worthen, C.J. and Griffith, J.

DeVasto, J., not participating.

 

 

 

 

 

                                                             (DO NOT PUBLISH)